IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

MARK A. GRIMM,

      Petitioner,

v.                                                                    Case No.  5D18-2034

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed October 12, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Mark A. Grimm, Sneads, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and, Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the January 30, 2017 judgments and sentences rendered in Case Nos. 2014-CF-306377-CFDB, 2015-302729-CFDB, and 2015-303263-CFDB, in the Circuit Court in and for Volusia County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

BERGER, EISNAUGLE, and GROSSHANS, JJ., concur.